Form TRANSAP

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:<br>Shahab Eddin Fotouhi<br>Debtor(s)<br>Shahab Eddin Fotouhi | Case No.: 05–44839<br>Chapter: 7 |
| Plaintiff(s)<br>Paul J. Mansdorf<br>Paul J. Mansdorf<br>vs.<br><br>Darren W. Epps et al.<br>Defendant(s) | Adversary Proceeding No. 07–04107 |

## NOTICE OF FILING OF TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on 4/27/2009 was filed on Saturday, June 6, 2009. The following deadlines apply:

The parties have Tuesday, June 16, 2009 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, June 29, 2009.

If a request for redaction is filed, the redacted transcript is due Tuesday, July 7, 2009.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Friday, September 4, 2009, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 6/12/09          For the Court:

                        Gloria L. Franklin
                        Clerk of Court
                        United States Bankruptcy Court