# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: pwright | Date Created: 6/10/2009 |
| Case: 07–04107 | Form ID: TRANSAP | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty    Dennis D. Davis    ddavis@gsdllaw.com
aty    Robert O. Divelbiss    rdivelbiss@collette.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    Office of the U.S. Trustee/Oak    Office of the U.S. Trustee    1301 Clay St. #690N    Oakland, CA 94612

    TOTAL: 1